IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WINDOW DAN INVESTMENTS, LLC                                              PLAINTIFF

v.                              Case No. 6:16-cv-6089

COVINGTON SPECIALTY
INSURANCE COMPANY                                                         DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (ECF No. 14). Plaintiff Window Dan Investments, LLC requests that all of its claims against Defendant Covington Specialty Insurance Company be dismissed with prejudice, with each party bearing its own costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by a stipulation of dismissal signed by all parties. The instant stipulation of dismissal is signed by all parties to this matter.

Accordingly, all of Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**, this 16th day of June, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge